**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1252**

In re:  PETITIONER THOMAS MOUYER RENRICK, IV, a/k/a T-Mack, a/k/a T, a/k/a Mack,

          Petitioner.

On Petition for Writ of Mandamus.  (6:11-cr-00338-JMC-16)

Submitted:  October 25, 2019          Decided:  November 6, 2019

Before WILKINSON, AGEE and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Thomas Mouyer Renrick, IV, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Mouyer Renrick, IV, petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, on August 30, 2019, the district court denied Renrick's § 2255 motion as untimely filed. Accordingly, because the district court has recently decided Renrick's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*